**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) Civil Action No.
ELI LILLY and COMPANY, ) 1:11-cv-0276 TWP -MJD
Defendant. )

**STIPULATION AND ORDER OF SETTLEMENT**

WHEREAS, Plaintiff the United States of America ("United States"), on behalf of the United States Environmental Protection Agency ("EPA"), filed a Complaint in this action ("Complaint") under Section 113(b) of the Clean Air Act ("Act"), 42 U.S.C. § 7413(b), alleging that Defendant Eli Lilly and Company ("Defendant") violated regulations promulgated pursuant to Section 112(d) the Act, 42 U.S.C. § 7412(d), in connection with pharmaceutical manufacturing at Defendant's pharmaceutical manufacturing plant, Lilly Technology Center or "LTC," located in Indianapolis, Indiana;

WHEREAS, the Complaint seeks the award of civil penalties pursuant to Section 113(b) of the Act, 42 U.S.C. § 7413(b);

WHEREAS, Defendant does not admit the facts or legal conclusions alleged in the Complaint or that it has any liability to the United States arising out of the transactions or occurrences alleged in the Complaint;

WHEREAS, the United States and Defendant (the "Parties") agree that settlement of the United States' claims against Defendant, without further litigation, is in the public interest;

WHEREAS, the Parties further agree that the Court's approval of this Stipulation and Order of Settlement ("Stipulation") is an appropriate means of resolving the claims in this action;

NOW THEREFORE, before the taking of any testimony, without adjudication or admission of any issue of fact or law except as provided in Paragraph 1, below, and with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of this action and over the Parties pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and pursuant to 28 U.S.C. §§ 1331, 1345, and 1355. Venue is proper in this District pursuant to Section 113(b) of the CAA, 42 U.S.C. § 7413(b), and 28 U.S.C. §§ 1391(b), (c) and 1395(a), because the alleged violations that constitute the basis of the Complaint occurred in this District and Defendant's plant, LTC, is located in this District. Notice of the commencement of the United States' action has been given to the State of Indiana as required by Section 113(b) of the Act, 42 U.S.C. § 7413(b). Defendant waives any objections it may have to the Court's jurisdiction, waives service of process in accordance with the requirements set forth in the Federal Rules of Civil Procedure, and for purposes of this Stipulation submits to the Court's jurisdiction.

2. No later than 30 days after the date this Stipulation is entered by the Court, Defendant shall pay a civil penalty in the amount of $337,500. Defendant shall pay $337,500 to the United States in the manner set forth in Paragraph 3, below.

3. The payment to the United States shall be made by FedWire Electronic Funds Transfer ("EFT") in accordance with current electronic funds transfer procedures, referencing the Civil Action Number of this matter, USAO File No. 2009V00658, and DOJ Case No. 90-5-2-1-09295. The payment shall be made in accordance with instructions provided to Defendant by the Financial Litigation Unit of the U.S. Attorney's Office for the Southern District of Indiana. Any EFTs received at the DOJ lockbox bank after 11:00 a.m. Eastern Time will be credited on the next business day. No later than five business days after payment, Defendant shall provide written notice of payment and a copy of any transmittal documentation to U.S. Department of Justice ("DOJ"), EPA, and the U.S. Attorney's Office at the addresses below.

| | |
|---|---|
| As to DOJ: | Chief, Environmental Enforcement Section<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Re: DJ No. 90-5-2-1-09295 |
| As to EPA (via mail and email): | EPA Cincinnati Finance Office<br>26 Martin Luther King Drive<br>Cincinnati, OH 45268<br>Email: acctsreceivable.CINWD@epa.gov |
| | Air and Radiation Division (AE-17J)<br>U.S. Environmental Protection Agency - Region 5<br>77 W. Jackson Blvd.<br>Chicago, IL 60604<br>Attn: Compliance Tracker |
| | Deborah Carlson<br>Office of Regional Counsel (C-14J)<br>U.S. Environmental Protection Agency - Region 5<br>77 W. Jackson Blvd.<br>Chicago, IL 60604 |
| As to the U.S. Attorney's Office: | Financial Litigation Unit<br>Office of the United States Attorney<br>Southern District of Indiana<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204<br>Re: USAO No. 2009V00658 |

4. If any portion of the civil penalty is not fully paid when due, Defendant shall pay a stipulated penalty of $1,000 per day for each day that the payment is delayed beyond the due date. Further, Defendant shall pay interest on the overdue amount, from the original due date to the date of payment, at the statutory judgment rate in accordance with 28 U.S.C. § 1961. Payment of stipulated penalties and interest shall be made in the same manner as set forth in Paragraph 3.

5. If payment of any amount due under this Stipulation is not made within 30 days of the date this Stipulation is entered by the Court, this Stipulation shall constitute an enforceable judgment for purposes of post-judgment collection in accordance with Rule 69 of the Federal Rules of Civil Procedure, the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3001-3308,

and other applicable federal authority. The United States shall be deemed a judgment creditor for purposes of collection of any unpaid amounts of the civil and stipulated penalties and interest.

6. Defendant shall be liable for any expenses, including but not limited to attorneys fees, incurred by the United States in collecting any defaulted portion of the amounts due under this Stipulation and Order.

7. Defendant shall not deduct any civil or stipulated penalties paid under the Stipulation in calculating federal, state, or local income tax.

8. Payment of all amounts due under this Stipulation shall resolve the civil claims of the United States for the violations alleged in the Complaint filed in this action.

9. This Stipulation shall not limit the rights of the United States to obtain penalties or injunctive relief under the Act or implementing regulations, or under other federal, state or local laws regulations or permits, except as expressly specified in Paragraph 8. The United States reserves, and this Stipulation is without prejudice to, all rights against Defendant with respect to all other matters not asserted by the United States in the Complaint, including, but not limited to, natural resource damages, recovery of response costs, and any criminal liability. Defendant shall not raise res judicata, claim preclusion, issue preclusion, or any similar defense in response to any claim not asserted in the Complaint.

10. Within 30 days of the receipt of all amounts due under this Stipulation, the United States shall file Notice with the Court that full payment has been received. At that time, the claims asserted in the Complaint against Defendant shall be dismissed with prejudice.

11. Each Party shall bear its own costs and attorneys' fees in this matter, except as provided in Paragraph 6, above.

12. The undersigned representative of Defendant and the Deputy Section Chief of the Environmental Enforcement Section of the Environment and Natural Resources Division of the Department of Justice each certify that he or she is fully authorized to enter into the terms and conditions of this Stipulation and to execute and legally bind Defendant and the United States, respectively, to it.

SO ORDERED 02/25/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Stipulation and Order of Settlement
*United States v. Eli Lilly and Company* (S.D.Ind.)

Page 5 of 8

SO AGREED:

**FOR PLAINTIFF**
**THE UNITED STATES OF AMERICA:**

W. BENJAMIN FISHEROW
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

ANNETTE M. LANG
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-4213
Email: annette.lang@usdoj.gov

JOSEPH H. HOGSETT
United States Attorney
for the Southern District of Indiana

THOMAS E. KIEPER
Executive Assistant United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, Indiana 46204
Phone: (317) 229-2415

Stipulation and Order of Settlement
*United States v. Eli Lilly and Company* (S.D.Ind.)

Page 6 of 8


SO AGREED:

**FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

ROBERT A. KAPLAN
Regional Counsel
U.S. Environmental Protection Agency - Region 5

OF COUNSEL:

DEBORAH CARLSON
Associate Regional Counsel
U.S. Environmental Protection Agency - Region 5
77 W. Jackson Blvd.
Chicago, IL 60604

Stipulation and Order of Settlement
*United States v. Eli Lilly and Company* (S.D.Ind.)

Page 7 of 8

SO AGREED:

**For Defendant**
**ELI LILLY AND COMPANY**

ALECIA A. DECOUDREAUX
Vice President and Deputy General Counsel
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, Indiana 46285

Stipulation and Order of Settlement
*United States v. Eli Lilly and Company* (S.D.Ind.)
Page 8 of 8
CHI 5714388v.1